**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 20-1760-JFW(MAAx)**                                      Date:  February 17, 2021

Title:      Mary E. Fusselman -v- Target Corporation, et al.

---

**PRESENT:**

      HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
               None                                             None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE**

      In light of the Joint Stipulation to Continue the Trial Date, Pre-Trial Date, Specified Discovery, and the Mediation Completion filed on February 16, 2021 (Docket No. 27) it appears that defense counsel's statement in his Declaration filed on February 9, 2021 (Docket No. 25-2) that he will be prepared to try this case on April 20, 2021 was false and misleading.

      Accordingly, counsel for Defendant is ordered to show cause in writing by **February 18, 2021** why he should not be sanctioned in the amount of $1,500.00 and why the Order approving the substitution of counsel filed on February 10, 2021 (Docket No. 26) should not be vacated.

      No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions and vacating of the Court's February 10, 2021 Order.

      IT IS SO ORDERED.

Initials of Deputy Clerk   sr