| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 20-1760-JFW(MAAx)** | Date: March 30, 2021 |
| Title: | Mary E. Fusselman -v- Target Corporation, et al. | |

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER REMANDING ACTION**

    On March 26, 2021, the Court filed an Order Striking Pre-Trial Documents and an Order to Show Cause why lead counsel should not be sanctioned or why this case should not be remanded.

    On March 29, 2021, Plaintiff filed a Declaration of Plaintiff's Counsel re: OSC for Failure to Comply with the Order Regarding Pre-Trial Documents.  Plaintiff's counsel, Mr. Bahari, states in his Declaration that "Plaintiff has no objection to a remand and believes that the Honorable Court should strongly consider remanding this case back to the State Court, as Defendants, other than a removal, have shown no interest in properly litigating this case per the Federal rules, and to allow Plaintiff to timely prepare her case as well."  Bahari Decl., ¶ 4. Defendants failed to respond to the Court's Order to Show Cause by the deadline of March 29, 2021.

    The Court's Order to Show Cause advised that "failure to respond to the Order to Show Cause will result in the imposition of sanctions and the remand of this action."  Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion."  Pursuant to Local Rule 7-12, the Court deems Defendants' failure to respond to the Order to Show Cause as consent to the remand of this action.

    Accordingly, this action is **REMANDED** to the Los Angeles Superior Court.

    IT IS SO ORDERED.